## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 1:08CV1377-LG-RHW**

**CLAUDIA WAGNER**                                                       **DEFENDANT**

### JUDGMENT BY DEFAULT

A default having been entered as to the Defendant, Claudia Wagner, in the above-styled

cause in accordance with Rule 55 of the Federal Rules of Civil Procedure and counsel for

Plaintiff having requested judgment against Defendant and having filed a proper certificate with

the Clerk as to the amount due from the Defendant to the Plaintiff;

Judgment is, therefore, rendered in favor of the Plaintiff, United States of America, and

against the Defendant, Claudia Wagner in the sum of $101,593.99 ($48,791.14 principal, plus

$52,802.85 interest as of September 30, 2008), at the rate of 9% per annum from and after

September 30, 2008, to the date of judgment; together with filing fee costs in the amount of

$350.00 in favor of the plaintiff, pursuant to 28 U.S.C. Section 2412(a)(2).  Post judgment

interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily

and compounded annually until paid in full.

**SO ORDERED AND ADJUDGED** this the 25th day of June, 2009.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge